AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Marrero, Victor | 2. Court or Organization<br><br>U.S. District Court, S.D.N.Y. | 3. Date of Report<br><br>10/29/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>U.S. District Court, SDNY<br>500 Pearl Street<br>New York, New York 10007 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | New York Public Library |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | salary, Bloomberg, LP |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 10/29/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 10/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JPMORGAN CHASE MONEY MARKET | A | Interest | M | T | | | | | |
| 2. Fidelity NY Mun. Inc. Fd. | A | Dividend | M | T | | | | | |
| 3. FIDELITY ROLLOVER IRA: (H) (See Lines 4 through 70) | | | | | | | | | |
| 4. Strategic Advs. Value Fund | B | Dividend | M | T | Sold (part) | 01/24/14 | J | A | |
| 5. | | | | | Buy (add'l) | 02/06/14 | J | | |
| 6. | | | | | Sold (part) | 03/28/14 | J | A | |
| 7. | | | | | Buy (add'l) | 11/17/14 | K | | |
| 8. Strategic Advs. Small Mid-Cap Fd | A | Dividend | L | T | Buy (add'l) | 10/21/14 | J | | |
| 9. | | | | | Buy (add'l) | 11/17/14 | K | | |
| 10. Strategic Advs. International Fund | B | Dividend | M | T | Buy (add'l) | 01/24/14 | J | | |
| 11. | | | | | Buy (add'l) | 02/06/14 | J | | |
| 12. | | | | | Buy (add'l) | 02/07/14 | J | | |
| 13. | | | | | Sold (part) | 04/29/14 | J | A | |
| 14. | | | | | Buy (add'l) | 10/21/14 | J | | |
| 15. | | | | | Buy (add'l) | 11/17/14 | L | | |
| 16. Strategic Advs. US Oppty Fund | B | Dividend | | | Sold (part) | 01/24/14 | J | A | |
| 17. | | | | | Sold (part) | 08/05/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 10/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 08/08/14 | J | A | |
| 19. Strategic Advs. Core Fund | B | Dividend | M | T | Buy (add'l) | 03/06/14 | J | | |
| 20. | | | | | Buy (add'l) | 08/05/14 | K | | |
| 21. | | | | | Buy (add'l) | 08/08/14 | J | | |
| 22. | | | | | Sold (part) | 08/27/14 | J | A | |
| 23. | | | | | Sold (part) | 09/29/14 | J | A | |
| 24. | | | | | Buy (add'l) | 10/21/14 | J | | |
| 25. | | | | | Buy (add'l) | 11/17/14 | L | | |
| 26. | | | | | Buy (add'l) | 11/18/14 | K | | |
| 27. Strategic Advs. Growth Fund | B | Dividend | M | T | Sold (part) | 01/28/14 | J | A | |
| 28. | | | | | Buy (add'l) | 02/06/14 | J | | |
| 29. | | | | | Sold (part) | 03/06/14 | J | A | |
| 30. | | | | | Sold (part) | 07/30/14 | J | A | |
| 31. | | | | | Buy (add'l) | 11/17/14 | K | | |
| 32. Fidelity Real Estate Inc. | A | Dividend | | | Sold (part) | 06/05/14 | J | A | |
| 33. | | | | | Sold | 11/17/14 | K | A | |
| 34. Strategic Advs. Emerging Markets | A | Dividend | J | T | Sold (part) | 02/06/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 10/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Buy (add'l) | 11/17/14 | J | | |
| 36. AQR Diversified Arbitrage Class I | B | Dividend | | | Sold | 11/17/14 | K | A | |
| 37. Arden Alternative Strategies Class I | A | Dividend | J | T | | | | | |
| 38. Fidelity GNMA Fund | A | Dividend | K | T | Sold (part) | 10/29/14 | J | A | |
| 39. | | | | | Sold (part) | 11/17/14 | J | A | |
| 40. Fidelity Total Bond | A | Dividend | | | Sold | 11/17/14 | L | C | |
| 41. Strategic Advs. Core Income Fund | D | Dividend | N | T | Buy (add'l) | 01/24/14 | J | | |
| 42. | | | | | Sold (part) | 02/06/14 | J | A | |
| 43. | | | | | Sold (part) | 08/05/14 | J | A | |
| 44. | | | | | Sold (part) | 10/21/14 | J | A | |
| 45. | | | | | Buy (add'l) | 11/17/14 | K | | |
| 46. | | | | | Sold (part) | 11/26/14 | J | A | |
| 47. Strategic Advs. Income Opportunities | B | Dividend | L | T | Sold (part) | 06/05/14 | J | A | |
| 48. | | | | | Sold (part) | 07/16/14 | J | A | |
| 49. | | | | | Buy (add'l) | 11/17/14 | J | | |
| 50. FIMM MMKT Port Inst. Cl | A | Dividend | J | T | Sold (part) | 01/06/14 | J | A | |
| 51. | | | | | Buy (add'l) | 01/24/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 10/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 02/25/14 | J | A | |
| 53. | | | | | Sold (part) | 05/20/14 | J | A | |
| 54. | | | | | Buy (add'l) | 06/05/14 | J | | |
| 55. | | | | | Sold (part) | 06/27/14 | J | A | |
| 56. | | | | | Buy (add'l) | 07/16/14 | J | | |
| 57. | | | | | Sold (part) | 08/19/14 | J | A | |
| 58. | | | | | Sold (part) | 11/17/14 | K | A | |
| 59. | | | | | Sold (part) | 11/25/14 | J | A | |
| 60. Strategic Advsd. Short Duration Fund | B | Dividend | M | T | Buy (add'l) | 06/30/14 | J | | |
| 61. | | | | | Sold (part) | 11/17/14 | L | B | |
| 62. Pimco Total Return Administrative Shs | B | Dividend | | | Sold (part) | 10/21/14 | J | A | |
| 63. | | | | | Sold | 11/17/14 | J | B | |
| 64. Pimco Short Term Administrative Shs | B | Dividend | | | Sold (part) | 01/24/14 | J | A | |
| 65. | | | | | Sold | 11/17/14 | L | B | |
| 66. Templeton Global Bond Class A | B | Dividend | K | T | | | | | |
| 67. Blackstone Alternative Multi Mgr | A | Dividend | K | T | | | | | |
| 68. Merger Fund | A | Dividend | K | T | Buy | 11/17/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 10/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 70. Morrisania II Associates (See Part VIII) | E | Distribution | | | Sold | 12/29/14 | K | E | |
| 71. | | | | | | | | | |
| 72. (S) Bloomberg LP. 401(k) Plan | A | Dividend | K | T | Buy | 01/01/14 | K | | |
| 73. (S) NYC Def. Comp. IRA (Rolled into Fidelity Rollover IRA in Line 74) | B | Dividend | | | Redeemed | 06/06/14 | L | | |
| 74. (S) FIDELITY ROLLOVER IRA: (H) (See Lines 75 through 124) | | | | | | | | | |
| 75. Strategic Advs. Value Fund | A | Dividend | K | T | Buy (add'l) | 04/02/14 | J | | |
| 76. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 77. Strategic Advs. Small-Mid Cap Fd | A | Dividend | J | T | Buy (add'l) | 04/08/14 | J | | |
| 78. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 79. Strategic Advs. International Fund | A | Dividend | K | T | Buy (add'l) | 01/24/14 | J | | |
| 80. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 81. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 82. Strategic Advs US Oppty Fund | A | Dividend | | | Buy (add'l) | 04/02/14 | J | | |
| 83. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 84. | | | | | Sold (part) | 08/05/14 | J | A | |
| 85. | | | | | Sold | 08/05/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 10/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Strategic Advs. Core Fund | A | Dividend | K | T | Buy (add'l) | 04/02/14 | J | | |
| 87. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 88. | | | | | Buy (add'l) | 08/05/14 | J | | |
| 89. | | | | | Buy (add'l) | 08/06/14 | J | | |
| 90. | | | | | Buy (add'l) | 08/11/14 | J | | |
| 91. Strategic Advs. Growth Fund | A | Dividend | K | T | Buy (add'l) | 04/02/14 | J | | |
| 92. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 93. | | | | | Sold (part) | 12/11/14 | J | A | |
| 94. Strategic Advs. Emerging Markets | A | Dividend | J | T | Buy (add'l) | 04/02/14 | J | | |
| 95. Fidelity Real Estate Inc. | A | Dividend | | | Sold | 04/02/14 | J | A | |
| 96. AQR Diversified Arbitrage Class I | A | Dividend | | | Sold | 04/02/14 | J | A | |
| 97. Arden Alternative Stragegies Class I | A | Dividend | J | T | | | | | |
| 98. Fidelity GNMA Fund | A | Dividend | J | T | Sold (part) | 04/02/14 | J | A | |
| 99. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 100. | | | | | Sold (part) | 12/11/14 | J | A | |
| 101. Fidelity Total Bond | A | Dividend | J | T | Sold (part) | 04/02/14 | J | A | |
| 102. | | | | | Buy (add'l) | 06/10/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 10/29/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Strategic Advs. Core Income Fund | A | Dividend | L | T | Buy (add'l) | 03/06/14 | J | | |
| 104. | | | | | Sold (part) | 04/02/14 | J | A | |
| 105. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 106. | | | | | Sold (part) | 10/21/14 | J | A | |
| 107. | | | | | Buy (add'l) | 12/11/14 | J | | |
| 108. Strategic Advs. Income Opportunities Fund | A | Dividend | J | T | Buy (add'l) | 06/10/14 | J | | |
| 109. | | | | | Sold (part) | 07/16/14 | J | A | |
| 110. Strategic Advs. Short Duration Fund | A | Dividend | K | T | Sold (part) | 04/02/14 | K | A | |
| 111. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 112. | | | | | Buy (add'l) | 08/05/14 | J | | |
| 113. Pimco Total Return Adm Shs | A | Dividend | J | T | Sold (part) | 04/02/14 | J | A | |
| 114. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 115. Pimco Short Term Administrative Shs | A | Dividend | | | Sold (part) | 04/02/14 | J | A | |
| 116. | | | | | Sold | 08/05/14 | J | A | |
| 117. Templeton Global Bond Class A | A | Dividend | J | T | Buy (add'l) | 06/10/14 | J | | |
| 118. FIMM MMKT Port Inst CL | A | Dividend | J | T | Sold (part) | 04/02/14 | J | A | |
| 119. Blackstone Alternative Multi Mgr | A | Dividend | J | T | Buy (add'l) | 06/10/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Merger Fund | A | Dividend | J | T | Buy | 04/02/14 | J | | |
| 121. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 122. Fidelity Short Term Bond | A | Dividend | | | Buy | 04/02/14 | J | | |
| 123. | | | | | Sold | 08/05/14 | J | A | |
| 124. Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 125. NY State Tuition Savings Plan | A | Interest | | | Sold | 01/08/14 | J | A | |
| 126. ▪ FIDELITY SEP IRA: (H) (See Lines 127 through 176) | | | | | | | | | |
| 127. Strategic Advs. Value Fund | A | Dividend | K | T | Buy (add'l) | 04/02/14 | K | | |
| 128. | | | | | Sold (part) | 10/21/14 | J | A | |
| 129. | | | | | Sold (part) | 12/11/14 | J | A | |
| 130. Strategic Advs. Small-Mid Cap Fund | A | Dividend | K | T | Buy (add'l) | 04/02/14 | J | | |
| 131. | | | | | Buy (add'l) | 06/05/14 | J | | |
| 132. | | | | | Buy (add'l) | 10/21/14 | J | | |
| 133. Strategic Advs. International Fund | A | Dividend | L | T | Buy (add'l) | 01/24/14 | J | | |
| 134. | | | | | Sold (part) | 03/06/14 | J | A | |
| 135. | | | | | Buy (add'l) | 04/02/14 | K | | |
| 136. | | | | | Buy (add'l) | 04/03/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 10/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Strategic Advs. US Oppty Fund | A | Dividend | | | Buy (add'l) | 04/02/14 | J | | |
| 138. | | | | | Sold (part) | 08/05/14 | J | A | |
| 139. | | | | | Sold | 08/08/14 | J | A | |
| 140. Strategic Advs. Core Fund | A | Dividend | L | T | Buy (add'l) | 02/06/14 | J | | |
| 141. | | | | | Sold (part) | 03/06/14 | J | A | |
| 142. | | | | | Buy (add'l) | 04/02/14 | K | | |
| 143. | | | | | Buy (add'l) | 08/05/14 | J | | |
| 144. | | | | | Buy (add'l) | 08/06/14 | J | | |
| 145. | | | | | Buy (add'l) | 10/21/14 | J | | |
| 146. Strategic Advs. Growth Fund | A | Dividend | K | T | Buy (add'l) | 04/02/14 | K | | |
| 147. | | | | | Sold (part) | 06/05/14 | J | A | |
| 148. | | | | | Sold (part) | 12/11/14 | J | A | |
| 149. Strategic Advs. Emerging Markets | A | Dividend | J | T | Sold (part) | 02/06/14 | J | A | |
| 150. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 151. Fidelity Real Estate Income | A | Dividend | | | Sold | 04/02/14 | J | A | |
| 152. AQR Diversified Arbitrage Class I | A | Dividend | | | Sold | 04/02/14 | J | A | |
| 153. Arden Alternative Strategies Class I | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 10/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Fidelity GNMA Fund | A | Dividend | J | T | Sold (part) | 04/02/14 | J | A | |
| 155. | | | | | Sold (part) | 12/11/14 | J | A | |
| 156.  Strategic Advs. Short Duration Fund | A | Dividend | L | T | Sold (part) | 04/02/14 | K | B | |
| 157. | | | | | Buy (add'l) | 07/16/14 | J | | |
| 158. | | | | | Buy (add'l) | 08/05/14 | J | | |
| 159.  Fidelity Total Bond | A | Dividend | J | T | Sold (part) | 04/02/14 | J | A | |
| 160.  Strategic Advs. Core Income Fund | B | Dividend | L | T | Sold (part) | 02/06/14 | J | A | |
| 161. | | | | | Buy (add'l) | 03/06/14 | J | | |
| 162. | | | | | Sold (part) | 04/02/14 | K | A | |
| 163. | | | | | Sold (part) | 10/21/14 | J | A | |
| 164. | | | | | Buy (add'l) | 12/11/14 | J | | |
| 165.  Strategic Advs. Income Opportunities | A | Dividend | J | T | Buy (add'l) | 04/02/14 | J | | |
| 166. | | | | | Sold (part) | 07/16/14 | J | A | |
| 167.  FIMM MMKT Port Inst. Cl | A | Dividend | J | T | Sold (part) | 04/02/14 | J | A | |
| 168.  Pimco Total Retrn Administrative Shs | A | Dividend | K | T | Sold (part) | 04/02/14 | J | A | |
| 169.  Pimco Short Term Administrative Shs | A | Dividend | | | Sold (part) | 01/24/14 | K | A | |
| 170. | | | | | Sold (part) | 04/02/14 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 10/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 08/05/14 | J | A | |
| 172. Templeton Global Bond Class A | A | Dividend | J | T | | | | | |
| 173. Blackstone Alternative Multi Mgr | A | Dividend | J | T | Buy | 09/24/14 | J | | |
| 174. Merger Fund | A | Dividend | J | T | Buy | 04/02/14 | J | | |
| 175. Fidelity Short Term Bond | A | Dividend | | | Buy | 04/02/14 | J | | |
| 176. | | | | | Sold | 08/05/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 10/29/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. The transaction reported in Part VII, Page 8, Line 70, involves the sale of a real estate partnership interest relating to a property located in the Bronx, New York that was owned by some members of a law firm of which I was a partner until 1985. The partnership interest was given to the firm in 1985 as compensation for legal services rendered, but at that time one of the partners assumed the interest belonged to him alone and not to the entire firm. Upon the sale of the property in 2014, it was discovered that in fact the interest in question had been granted in 1985 to all of the former partners, who upon its sale received a distribution of proceeds in accordance with their designated share of the partnership interest.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Victor Marrero**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544